# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| FDIC, as Receiver of INTEGRITY BANK of Alpharetta, Georgia, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>STEVEN M. SKOW, ALAN K. ARNOLD, DOUGLAS G. BALLARD, CLINTON M. DAY, JOSEPH J. ERNEST, DONALD C. HARTSFIELD, JACK S. MURPHY, and GERALD O. REYNOLDS )<br>)<br>Defendants. ) | Civil Action No. 1:11-CV-0111 |

## DEFENDANT STEVEN M. SKOW'S MOTION TO DISMISS

COMES NOW Steven M. Skow, Defendant in the above styled action, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) and moves this Court to dismiss the FDIC's Complaint in its entirety. Defendant Skow files contemporaneously herewith a Memorandum of Law in Support of his Rule 12(b)(6) Motion to Dismiss.

WHEREFORE the reasons set forth in Defendant Skow's Memorandum of Law filed contemporaneously herewith, all Counts of the FDIC's Complaint are due to be dismissed for failure to state a claim upon which relief can be granted.

1

This 25th day of March, 2011.

                                                     */s/Randy Edwards*
R. Randy Edwards
Georgia Bar No. 241525
Paul A. Piland
Georgia Bar No. 558748

*Attorneys for Defendant*
*Steven M. Skow*

COCHRAN & EDWARDS, LLC
2950 Atlanta Road SE
Smyrna, Georgia 30080-3655
(770) 435-2131
(770) 436-6877 (*fax*)
randy@cochranedwardslaw.com

## **CERTIFICATE OF COMPLIANCE**

Pursuant to local rule 7.1D the attached pleading complies with the font and point selections prescribed by local rules 5.1B and uses 14 point Times New Roman Font.

This 25th day of March, 2011.

/s/*Randy Edwards*
RANDY EDWARDS
Georgia Bar No. 241525

## CERTIFICATE OF SERVICE

This is to certify that on March 25, 2011, I electronically filed the within and foregoing **Defendant Steven M. Skow's Motion to Dismiss** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| Christopher D. Balch | Aaron M. Danzig |
| Kyle M. Keegan | Chris D. Kiesel |
| Dustin R. Bagwell | |
| David L. Basler | |

I further certify that on this date, I served a true and correct copy of the foregoing on the following non-ECF participants by United States Mail, with sufficient postage thereon, addressed as follows:

Jeanne T. Simkins  
Simkins Hollis Law Group, P.C.  
1924 Lenox Road, NE  
Atlanta, GA 30306

Clinton M. Day  
4725 Peachtree Corners Circle, Suite 300  
Norcross, GA 30092

Alan K. Arnold  
9340 Colonnade Trail  
Alpharetta, GA 30022

*/s/Randy Edwards*  
RANDY EDWARDS  
Georgia Bar No. 241525