IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of INTEGRITY BANK of Alpharetta, Georgia,<br><br>**Plaintiff,**<br><br>vs.<br><br>STEVEN M. SKOW, ALAN K. ARNOLD, DOUGLAS G. BALLARD, CLINTON M. DAY, JOSEPH J. ERNEST, DONALD C. HARTSFIELD, JACK S. MURPHY, and GERALD O. REYNOLDS,<br><br>**Defendants.** | CIVIL ACTION FILE<br>NO. 1:11-cv-0111-SCJ |

## ORDER ON EMERGENCY JOINT MOTION TO STAY PENDING APPEAL

This matter appears before the Court on the parties' Emergency Joint Motion to Stay Pending Appeal.  Having considered the Motion and for good cause shown, the Court issues the following ruling.

The case is hereby stayed and ADMINISTRATIVELY TERMINATED until mandate issues from the Eleventh Circuit, with the following exceptions.  During the stay, the parties are permitted to take the depositions of Steven M. Skow, Ralph Hultin and Charles J. Puckett, and to complete the deposition of Richard H. Peden, Sr.  In addition, during the stay, the FDIC, as Receiver of Integrity Bank, and the FDIC in its corporate capacity, shall

-2-

continue to produce documents responsive to Defendants' requests until such productions are complete. Upon the issuance of Mandate, this matter will be REOPENED and the parties will appear before the Court to discuss and reset the deadlines set forth in the Amended Scheduling Order. Thereafter, the Court will issue a new order setting forth appropriate deadlines.

    SO ORDERED, this 6th day of March, 2013.

                                    s/Steve C. Jones
                                    HONORABLE STEVE C. JONES
                                    UNITED STATES DISTRICT JUDGE