**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver of INTEGRITY BANK of Alpharetta, Georgia, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:11-cv-0111-SCJ |
| STEVEN M. SKOW, ALAN K. ARNOLD, DOUGLAS G. BALLARD, CLINTON M. DAY, JOSEPH J. ERNEST, DONALD C. HARTSFIELD, JACK S. MURPHY, and GERALD O. REYNOLDS | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

## **PRAECIPE**

Please take notice that, effective July 1, 2015, McKenna, Long & Aldridge LLP, counsel for Joseph J. Ernest, Donald C. Hartsfield, and Gerald O. Reynolds in the above-captioned matter, changed its name to Dentons US LLP.  The address, phone number, and fax number will remain the same.  Counsel of record's email address(es) have been changed as follows:

James B. Manley's email address has been changed from jmanley@mckennalong.com to Jim.Manley@dentons.com

Respectfully submitted this 7th day of July, 2015.

/s/ James B. Manley, Jr.
James B. Manley, Jr.
Georgia Bar No. 469114

DENTONS US LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
(404) 527-4000
(404) 527-4198 (facsimile)

**Attorneys for Defendants Joseph J. Ernest, Donald C. Hartsfield, and Gerald O. Reynolds**

2

# LR 7.1 CERTIFICATE

Pursuant to L.R. 7.1D, counsel certifies that the foregoing *Praecipe* complies with the font and point selections approved by the Court in L.R. 5.1B. This *Praecipe* was prepared using Times New Roman font, 14-point.

/s/ *James B. Manley, Jr.*
James B. Manley, Jr.
**McKenna Long & Aldridge**
303 Peachtree Street, N.E.
Suite 5300
Atlanta, Georgia  30308

*Attorneys for Defendants Joseph J. Ernest,*
*Donald C. Hartsfield, and Gerald O. Reynolds*

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing PRAECIPE was electronically filed with the Clerk of the Court using CM/ECF, which will send a notice of electronic filing to all counsel of record, including:

Kyle M. Keegan
Dustin R. Bagwell
Keegan, DeNicola, Kiesel, Bagwell,
Juban & Lowe, LLC
5555 Hilton Avenue, Suite 205
Baton Rouge, LA  70808

Jeanne Simkins Hollis
Simkins Hollis Law Group, P.C.
1924 Lenox Road, N.E.
Atlanta, GA  30306

Robert R. Ambler, Jr.
Womble Carlyle Sandridge & Rice,
PLLC
271 17th Street, N.W., Suite 2400
Atlanta, GA  30363

Aaron M. Danzig
Edward A. Marshall
Arnall Golden & Gregory
171 17th Street, N.W., Suite 2100
Atlanta, GA  30363-1031

David L. Balser
Tracy Klingler
King & Spalding, LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309-3521

Frank M. Young, III
Young Law, LLC
Red Mountain Law Group
2100 First Avenue North, Suite 600
Birmingham, AL  35203-4272

Richard R. Edwards, III
Cochran & Edwards, LLC
2950 Atlanta Road, S.W.
Smyrna, GA  30080

This 7th day of July, 2015.

/s/ James B. Manley, Jr.
James B. Manley, Jr.


DENTONS US LLP
303 Peachtree Street, N.E., Suite 5300
Atlanta, Georgia  30308
(404) 527-4912
(404) 527-4198 (facsimile)

2