IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| Federal Deposit Insurance Corporation, in its Capacity as Receiver of Integrity Bank of Alpharetta, Georgia, | ) ) ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No.: 1:11-CV-0111-SCJ |
| | ) | |
| v. | ) | |
| | ) | |
| Steven M. Skow, Alan K. Arnold, Douglas G. Ballard, Clinton M. Day, Joseph J. Ernest, Donald C. Hartsfield Jack S. Murphy, and Gerald O. Reynolds | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

_____

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Federal Deposit Insurance Corporation as Receiver For Integrity Bank ("FDIC-R"), by and through its undersigned attorneys, pursuant to FCRP 41(a)(1), and agreement with counsel for Steven M. Skow, Alan K. Arnold, Douglas G. Ballard, Clinton M. Day, Joseph J. Ernest, Donald C. Hartsfield, Jack S. Murphy, and Gerald O. Reynolds ("Defendants"), voluntarily dismisses its Complaint in the above captioned matter [ECF Doc. No. 1], with prejudice and with all parties bearing their own costs and fees.

Respectfully submitted,

/s/ Dustin R. Bagwell

1

Kyle M. Keegan (LA Bar #19942)
Dustin R. Bagwell (LA Bar #27366)
**Keegan, DeNicola, Kiesel, Bagwell,**
**Juban & Lowe, LLC**
5555 Hilton Ave., Suite 205
Baton Rouge, Louisiana 70808
Phone: (225) 364-3600
Fax: (225) 364-3608

Jeanne Simkins Hollis (GA Bar # 646890)
**Simkins Hollis Law Group, P.C.**
1924 Lenox Road, NE
Atlanta, Georgia 30306
Phone: (404) 474-2328
Fax: (770) 587-0726

*Attorneys for the FDIC, as Receiver for*
*Integrity Bank of Alpharetta, Georgia*

/s/ Robert R. Ambler
Robert R. Ambler, Jr.
**Womble Carlyle Sandridge &**
**Rice, PLLC**
271 17th Street, NW, Suite 2400
Atlanta, GA 30363

*Attorney for Alan K. Arnold*

/s/ Tracy Klingler
David L. Balser
Tracy Klingler
**King & Spalding, LLP**
1180 Peachtree Street, N.E.
Atlanta, GA  30309-3521

*Attorneys for Jack S. Murphy*

2

/s/  Jim Manley
James B. Manley
**Dentons US, LLP**
303 Peachtree Street, N.E.
One Peachtree Center, Suite 5300
Atlanta, Georgia  30308

*Attorneys for Defendants Joseph J. Ernest, Donald C. Hartsfield, and Gerald O. Reynolds*

/s/ Richard A. Mitchell
Edward A. Marshall
Richard A. Mithcell
**Arnall Golden Gregory LLP**
171 17th Street, NW
Atlanta, GA 30363

*Attorneys for Douglas G. Ballard*

/s/ Richard R. Edwards
Richard R. Edwards, III
**Cochran & Edwards**
2950 Atlanta Road, SW
Smyrna, GA 30080

*Attorney for Steven M. Skow*

/s/ Frank M. Young
Frank M. Young, III
**Young Law, LLC**
Red Mountain Law Group
2100 First Avenue North, Suite 600
Birmingham, AL 35203-4272

*Attorney for Clinton M. Day*

3

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing Notice of

Voluntary Dismissal by electronically filing this document with the Court using the

CM/ECF system, which will automatically send email notification of such filing to

counsel of record.

This 20th day of August, 2015.

<div style="margin-left:40%;">

/s/ Dustin R. Bagwell
Louisiana Bar Roll No. 27366
**Keegan, DeNicola, Kiesel, Bagwell,
Juban & Lowe, LLC**

</div>